**Opinion issued September 22, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00626-CV

————————————

## IN RE CASH MEDICAL CLINIC OF CENTER POINTE, LLC, LUIS GONZALEZ, MARY MCCOY, AND ALBERTA EDINBURG PROPERTIES, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators have filed a petition for writ of mandamus challenging the trial court's order denying their motion to transfer venue.* The petition is **denied**.

---

\*      The underlying case is *Patriot Bank v. Cash Medical Clinic of Center Pointe, LLC, Luis Gonzales, Mary J. McCoy, Alberta Edinburg Properties*, *Inc., and Martin S. Frankel*, cause number 2014-38580, pending in the 11th District Court of Harris County, Texas, the Honorable Mike D. Miller presiding.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.